**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARK JOHNSON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**-o0O0o-**

**MARK JOHNSON,**                              No.   2:19-cv-02001-EFB(SS)

     **Plaintiff,**

                **STIPULATION AND  [proposed]**
                **ORDER FOR  EXTENSION OF**
                **TIME TO FILE PLAINTIFF'S**
  **v.**             **MOTION FOR SUMMARY**
**Andrew Saul,**          **JUDGMENT**
**COMMISSIONER OF SOCIAL SECURITY,**

     **Defendant.**
_____/

   IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion

for summary judgment is extended to April 17, 2020.

   This is a first extension. Plaintiff's attorney must work through an unusually large number

of cases at this time. For example, this may be one of five cases in which the administrative records

were all filed by defendant on the same day, triggering a scheduled motion for summary judgment.

At the same time, counsel had been --- and will be even more so in May, if the hearings in these

[Pleading Title] - 1

cases are not halted altogether because of the COVID—19 situation --- having to handle an above-average number of hearings of these cases because his local hearing office off-loaded many to a second hearing office. However, in part because of canceling a vacation because of this virus, counsel has almost no hearings in April. Counsel is attempting to schedule and complete this backlog of motions during April.

Dated:  March 18, 2020                         /s/   *Jesse S. Kaplan*
                                               JESSE S. KAPLAN
                                               Attorney for Plaintiff


                                               McGREGOR W. SCOTT
                                               United States Attorney
                                               DEBORAH LEE STACHEL
                                               Regional Counsel, Region IX
                                               Social Security Administration

Dated:  March 18, 2020                          */s/ per e-mail authorization*
                                               CAROL S. CLARK
                                               Special Assistant U.S. Attorney
                                               Attorney for Defendant


## ORDER

        For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is granted.  Plaintiff shall file his motion for summary judgment by April 17, 2020.

        SO ORDERED.

Dated:  March 20, 2020.
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE