1 McGREGOR W. SCOTT
United States Attorney
2 DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
3 Social Security Administration
ELLINOR R. CODER, CSBN 258258
4 Special Assistant United States Attorney
5     160 Spear Street, Suite 800
    San Francisco, California 94105
6     Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
7     E-Mail: Ellinor.Coder@ssa.gov
8 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARK JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-02001-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 20, 2020, up to and including June 19, 2020. This is the Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the administrative record in light of the five issues raised in Plaintiff's motion. This case also requires detailed review by supervisory attorney(s) because of the applicability of new medical evidence regulations. The undersigned has a partially completed draft, and expects to submit the draft for supervisory review by May 22, 2020.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated:  May 19, 2020　　　　　　　　/s/  *Jesse S. Kaplan*
　　　　　　　　　　　　　　　　　(*as authorized via e-mail on May 19, 2020)
　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: May 19, 2020　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　By:　　/s/  *Ellinor R. Coder*
　　　　　　　　　　　　　　　　　ELLINOR R. CODER
　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 19, 2020, to ~~respond to Plaintiff's Motion for Summary Judgment~~ file his cross-motion for summary judgment and opposition to plaintiff's motion.

DATED:  May 20, 2020　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　HON. EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE