**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARK JOHNSON**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **MARK JOHNSON,** | No.   2:19-cv-02001-EFB(SS) |
| **Plaintiff,** | |
| | **STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to July 20, 2020.

This is a first extension, requested two business days after the reply brief was due. It is based on plaintiff's counsel's workload. Counsel's local hearing office is scheduling a large number of hearings in these Social Security cases so that, for instance, the number of cases to be handled in July is about twice what counsel normally handles. Prehearing briefs must be written

[Pleading Title] - 1

for these, so that counsel will have drafted six or seven prehearing or federal court briefs and participated in five hearings in the first two weeks of this month, with an even higher number of hearings, prehearing briefs, and federal court briefs, including a Ninth Circuit opening brief, to be done before the end of this month.

Dated:   June 13, 2020 /s/     *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:   June 13, 2020  */s/ per e-mail authorization*
ELLINOR CODER
Special Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is granted.  Plaintiff time to file a reply brief is extended to July 20, 2020.

SO ORDERED.

Dated:  July 15, 2020.                EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE